Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Utility Mapping Services, P.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FAHAD ALAJMI, an individual, | Case No.  2:26-cv-00935-JAD-EJY |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| UTILITY MAPPING SERVICES, P.C., an Idaho corporation, | **(First Request)** |
| Defendant. | |

Plaintiff Fahad Alajmi ("Plaintiff") and Defendant Utility Mapping Services, P.C. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Complaint by two weeks, from May 6, 2026 to May 20, 2026.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as defense counsel needs additional time to prepare the response pleading and consult with clients to obtain approval of the same.  Defendant requested the extension and Plaintiff fully cooperated and agreed.

///

///

///

///

///

335305411v.1

This is the first request for extension of this deadline.

IT IS SO STIPULATED.

DATED this 5th day of May, 2026.

GREENBERG GROSS LLP

By:    */s/ David C. Kiebler*
       Jemma E. Dunn, Esq.
       Nevada Bar No. 16229
       Matthew T. Hale, Esq.
       Nevada Bar No. 16880
       David C. Kiebler, Esq.
       Nevada Bar No. 16724
       1980 Festival Plaza Drive, Suite 730
       Las Vegas, NV 89135
       Telephone: 702-777-0888
       Facsimile: 702-777-0801
       JDunn@GGTrialLaw.com
       MHale@GGTrialLaw.com
       DKiebler@GGTrialLaw.com
       *Attorneys for Plaintiff*
       *Alajmi Fahad*

DATED this 5th day of May, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    */s/ Sheri M. Thome*
       Sheri M. Thome, Esq.
       Nevada Bar No. 008657
       6689 Las Vegas Blvd. South, Suite 200
       Las Vegas, Nevada 89119
       Telephone: 702.727.1400
       Facsimile: 702.727.1401
       Sheri.Thome@wilsonelser.com
       *Attorneys for Defendant*
       *Utility Mapping Services, P.C.*

## ORDER

IT IS HEREBY ORDERED that Defendant Utility Mapping Services, P.C. shall have until May 20, 2026 to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 6, 2026

-2-

335305411v.1